UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-00132-JAM-CSK |
| | No. 2:25-cv-00133-JAM-CSK |
| | No. 2:25-cv-00134-JAM-CSK |
| | No. 2:25-cv-00135-JAM-CSK |
| | No. 2:25-cv-00147-JAM-CSK |
| | No. 2:25-cv-00183-JAM-CSK |
| | No. 2:25-cv-00186-JAM-CSK |
| | No. 2:25-cv-00189-JAM-CSK |
| | No. 2:25-cv-00190-JAM-CSK |
| | ORDER |

    Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review. (Id. at ECF No. 26.) If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00132, 2:25-cv-00133, 2:25-cv-00134, 2:25-cv-00135, 2:25-cv-00147, 2:25-cv-00183, 2:25-cv-00186, 2:25-cv-00189 and 2:25-cv-00190 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases. **No further filings will be accepted**.

Dated: January 24, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE